THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN COSCIA, Appellant.—Judgment of the County Court of Queens County, convicting defendant of the crimes of robbery in the first degree, grand larceny in the first degree, and assault in the second degree, unanimously affirmed. No opinion. Present— Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PINCUS LANDAU, Appellant.—Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of a violation of section 986 of the Penal Law (book-making). Judgment unanimously affirmed. No opinion. Appeal from order dismissed. Present—Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *post*, p. 1066.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES SCHISSEL, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of maintaining a public nuisance (Penal Law, § 1530). Judgment unanimously affirmed. The proof of the nature and extent of the nauseating fumes, together with noise and glare, emanating from the plant was sufficient, prima facie, to warrant conviction. (*People* v. *Norman Cleaners & Dyers,* 268 App. Div. 878; *People* v. *Ansbacher Siegle Corp.,* 269 App. Div. 1063; cf. *People* v. *Cooper,* 200 App. Div. 413; *People* v. *Dayton Cleaners & Dyers Corp.,* 251 App. Div. 332; *People* v. *Finks,* 261 App. Div. 907; *People* v. *Accurate Brass Co.,* 271 App. Div. 1031.) Defendant, in denying that these conditions existed, created an issue of fact. On all of the proof adduced, if the witnesses for the prosecution be accredited, the inference is warranted that the offensive and deleterious conditions complained of were unnecessary to proper plant operation. The proof with respect to defendant being in charge of the plant is sufficient. (*People* v. *Weeks,* 172 App. Div. 117.) Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TITLE GUARANTEE AND TRUST COMPANY, as Trustee, et al., Appellants, against WILLIAM S. MILLER et al., Constituting Tax Commission of the City of New York, Respondents. [106–01 — 106–13 Metropolitan Ave., Borough of Queens.] — In a consolidated tax certiorari proceeding, order reducing and fixing assessments, insofar as appealed from, unanimously affirmed, with $50 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

ARTHUR L. STRAUSS, Appellant, v. JEROME H. KLEIN et al., Respondents.— Action to recover damages for personal injuries sustained by plaintiff as a result of the negligent operation of a motor vehicle. Appeal by plaintiff, on the ground of inadequacy, from a judgment in his favor. Judgment reversed on the law and the facts, without costs, and a new trial granted. On the undisputed proof of plaintiff with respect to the nature and extent of his knee injury and damages resulting therefrom, the verdict of $3,000 was palpably inadequate. Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.

TUXEDO PARK ASSOCIATION, INC., Respondent, v. HIRAM S. GANS, Appellant.— Order striking out the first and second counterclaim in appellant's answer on the ground that they do not state causes of action, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.